IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KONJIT FANTAYE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civ. No. 24-3125 |
| | : | |
| **ANTONY BLINKEN,** *et al.,* | : | |
| **Defendants.** | : | |

# O R D E R

**AND NOW**, this 2nd day of June, 2025, upon consideration of the Government's first Motion to Dismiss, Fantaye's Amended Complaint, the Government's second Motion to Dismiss, Fantaye's Response, and the Government's Reply, (Doc. Nos. 14, 25, 26, 31, and 32), it is hereby **ORDERED** that:

1. The Government's first Motion to Dismiss is **DENIED** as moot, (Doc. No. 14),

2. The Government's second Motion to Dismiss is **GRANTED**, (Doc. No. 25), and

3. Fantaye's Amended Complaint is **DISMISSED** without prejudice, (Doc. No. 31).

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.