**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KONJIT FANTAYE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civ. No. 24-3125** |
| | : | |
| **MARCO RUBIO, Secretary of State,** | : | |
| ***et al.*,** | : | |
| **Defendants.** | : | |

---

**<u>O R D E R</u>**

**AND NOW** this 6th day of October, 2026, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. No. 74) is **GRANTED**, and Defendant's Motion for Summary Judgment is **DENIED**. (Doc. No. 71). Judgment is entered for the Plaintiff and against the Defendants. It is further **ORDERED** that:

1. Defendants shall reclassify Plaintiff's application on Henok Tefera's behalf as an application in the Immediate Relative category ("IR") throughout the visa application process;
2. Defendants shall reschedule Henok Tefera for a new consular interview as soon as practicable;
3. The Clerk of Court shall close this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.